UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE PADILLA MARTIN,

    Plaintiff,

v.

PRATT RECYCLING, INC.,

    Defendant.

CASE NO.  19-cv-00013
HON. PAUL L. MALONEY
MAG. JUDGE RAY KENT

| | |
|---|---|
| Annie Padilla Martin, pro se<br>60536 Christian Street<br>Vandalia, MI 49095<br>(803) 856-0425<br>Annie39@hotmail.es | S. RAE GROSS (P42514)<br>NICHOLAS A. HUGUELET (P74933)<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, PLLC<br>Attorneys for Defendant<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>(248) 593-6400<br>rae.gross@ogletree.com<br>nicholas.huguelet@ogletree.com |

## NOTICE OF LIMITED APPEARANCE

PLEASE ENTER THE APPEARANCE of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, PLLC as counsel for Defendant Pratt Recycling, Inc. in the above-entitled action for the special and limited purpose of contesting jurisdiction and/or venue in this Court.

Based upon reasonable inquiry and to the best of its knowledge, Pratt Recycling, Inc. has not yet been served with the Summons and Complaint in this matter and is unaware of any attempted service. If proper service is made, Pratt Recycling, Inc. intends to respond and contest jurisdiction and/or venue in this Court.

                                      Respectfully submitted,

Dated: February 27, 2019          /s/S. Rae Gross
                                      S. RAE GROSS (P42514)
                                      NICHOLAS A. HUGUELET (P74933)
                                      OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, PLLC
                                      Attorneys for Defendant
                                      34977 Woodward Avenue, Suite 300
                                      Birmingham, MI 48009
                                      (248) 593-6400
                                      rae.gross@ogletree.com
                                      nicholas.huguelet@ogletree.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants. I further certify that I served via U.S. Mail a copy of the foregoing paper on Annie Padilla Martin, 60536 Christian Street, Vandalia, Michigan 49095.

                                            s/S. Rae Gross  
                                            S. RAE GROSS (P42514)  
                                            OGLETREE, DEAKINS, NASH,  
                                            SMOAK & STEWART, PLLC  
                                            Attorneys for Defendant  
                                            rae.gross@ogletree.com

                                                                                37563179.1